1  Jonathan G. Brinson (#025045)
2  E. Tanner Warnick (#029100)
   **POLSINELLI PC**
3  One E. Washington St., Ste. 1200
   Phoenix, AZ 85004
4  Telephone: (602) 650-2000
   Facsimile: (602) 264-7033 Fax
5  jbrinson@polsinelli.com
6  twarnick@polsinelli.com

7  Attorneys for Plaintiff/Counterdefendants,
   Moon Valley Nursery, Inc., and Glen Flora
8  Farm Holdings, LLC

9              **IN THE UNITED STATES DISTRICT COURT**
10                 **FOR THE DISTRICT OF ARIZONA**

11

| Moon Valley Nursery, Inc., and Glen Flora Farm Holdings, LLC, | CASE NO. 2:18-CV-01203-GMS |
|---|---|
| Plaintiffs, | **NOTICE OF TENTATIVE SETTLEMENT AND STIPULATED MOTION FOR STAY** |
| vs. | |
| Zurich American Insurance Company, | |
| Defendant. | |
| _____ | |
| and related counterclaim. | |

20      The parties provide notice that they have reached a tentative settlement in this action.
21  Accordingly, the parties request a stay of all current deadlines, including the upcoming case
22  management conference and related case management report, for a period of thirty (30) days
23  while they work to finalize the terms of their settlement.
24  / / /
25  / / /
26  / / /

                                    1
65084154.1

Dated this 31st day of August, 2018.

        POLSINELLI PC

        By: *s/ Jonathan G. Brinson*
            Jonathan G. Brinson
            E. Tanner Warnick
            One E. Washington St., Ste. 1200
            Phoenix, AZ 85004
            (602) 650-2000
            Attorneys for Plaintiffs/Counterdefendants,
            Moon Valley Nursery, Inc. and Glen Flora
            Farm Holdings, LLC

KUTAK ROCK LLP

        By: *s/ Brad E. Brewer*
            Michael W. Sillyman
            Brad E. Brewer
            David B. Winter
            8601 North Scottsdale Road, Suite 300
            Scottsdale, AZ 85253-2738
            (480) 429-5000
            Attorneys for Defendant/Counterclaimant,
            Zurich American Insurance Company

65084154.1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 31, 2018, I electronically transmitted the foregoing document to the U.S. District Court Clerk's Office by using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record registered for electronic filing.

                                     */s/ Dawn M. Coppens*