**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Moon Valley Nursery Incorporated, et al., | No. CV-18-01203-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Zurich American Insurance Company, | |
| Defendant. | |
| Zurich American Insurance Company, | |
| Counter-Claimant, | |
| v. | |
| Glen Flora Farm Holdings, LLC, et al., | |
| Counter-Defendants. | |

Pending before the Court is a Notice of Tentative Settlement and Stipulated Motion for Stay (Doc. 16). The Court will deny the stay and enters the following,

**IT IS HEREBY ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice **within 45 days** of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings/deadlines.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

/ / /

/ / /

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this matter on **October 19, 2018** without further leave of Court.

Dated this 4th day of September, 2018.

_____
Honorable G. Murray Snow
Chief United States District Judge